UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**ORDER DISMISSING SETTLED CASES**<br><br>Dkt. No. 4465-1 |

1  The following actions are dismissed, pursuant to CMO Nos. 16 and 18, and with good cause
2  shown based on counsels' representations that these actions have been settled.  Therefore, the Court
3  hereby DISMISSES the actions identified below with prejudice:

   19-cv-06933 S.R. v. Juul Labs, Inc., et al.

   19-cv-08325 Hutchison v. Juul Labs, Inc., et al.

   20-cv-03273 B.L. v. Juul Labs, Inc., et al.

   21-cv-01417 Hedglin v. Juul Labs, Inc., et al.

   21-cv-02980 D.W. v. Juul Labs, Inc., et al.

   21-cv-05068 K.A. v. Juul Labs, Inc., et al.

   21-cv-05069 K.A. v. Juul Labs, Inc., et al.

   21-cv-09149 E.T., et al. v. Juul Labs, Inc., et al.

   21-cv-09559 L.A., et al. v Juul Labs, Inc., et al.

   22-cv-07360 Prezioso v. Juul Labs, Inc., et al.

   22-cv-07950 Dolly v. Juul Labs, Inc., et al.

   22-cv-08361 Adetosoye v. Juul Labs, Inc., et al.

   22-cv-08366 B. v. Juul Labs, Inc., et al.

   22-cv-08554 Thomas v. Juul Labs, Inc., et al.

   **IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Judge William H. Orrick